**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1064

KEITH ROBERTSON,

Debtor - Appellant,

v.

COMPTROLLER OF MARYLAND,

Creditor - Appellee,

and

MARC H. BAER,

Trustee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:20-cv-01876-RDB)

Submitted:  June 29, 2021                           Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Robertson, Appellant Pro Se.  Brian L. Oliner, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Robertson appeals the district court's orders: (1) affirming the bankruptcy court's order denying his motion for relief from judgment of the dismissal of his objection to a proof of claim filed by the Comptroller of Maryland; and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robertson v. Comptroller of Md.*, No. 1:20-cv-01876-RDB (D. Md. Nov. 16, 2020; Dec. 28, 2020). We deny Robertson's motion for a stay pending appeal and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*